In the Matter of the Claim Made by COMMISSIONER OF TAXATION AND FINANCE on Account of the Death of FAIELL HOLLINGER, Deceased Employee, Respondent, against BEN FURE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.* — Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Pisko* v. *Mintz* (262 N. Y. 176). Hill, P. J.,

* Affd., 264 N. Y. 678.

McNamee and Crapser, JJ., concur; Bliss and Heffernan, JJ., dissent and vote to affirm.